UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA HANSON,

                Plaintiff,

-against-

MIGUEL MARTINEZ, Air Force Soldier,

                Defendant.

24-CV-6570 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On April 28, 2015, the Court issued a pre-filing injunction barring Plaintiff from bringing any new action in this court without first obtaining from the Court leave to file. *See Hanson v. O'Donnell*, No. 1:14-CV-9309 (LAP) (S.D.N.Y. Apr. 28, 2015). Plaintiff has not sought leave from the Court to bring this action. Moreover, Plaintiff is currently a prisoner at Albion Correctional Facility. She has not prepaid the $405 in filing fees, and she cannot proceed *in forma pauperis* because she has already been found barred, under 28 U.S.C. § 1915(g), from proceeding *in forma pauperis* while a prisoner. *See Hanson v. Bedford Hills Corr. Fac.*, Nos. 12-CV-5758 (LAP) (S.D.N.Y. Sept. 19, 2012). This action, which arises from events that Plaintiff suffered in 2006, also does not seek to remedy an imminent threat of serious physical injury. The Court therefore dismisses this action without prejudice pursuant to 28 U.S.C. §§ 1915(g), 1651.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

Dated:    September 26, 2024
             New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge