UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA HANSON,<br><br>                           Plaintiff,<br><br>    -against-<br><br>MIGUEL MARTINEZ, AIR FORCE SOLDIER,<br><br>                           Defendant. | 24-cv-6570 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 26, 2024, order, this action is dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(g), 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 30, 2024
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                      Chief United States District Judge